1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   GEXABEL DE JESUS,           )      Case No. CV 10-07445
                                 )      VAP(OPx)
12                  Plaintiff,   )
                                 )      **JUDGMENT**
13       v.                      )
                                 )
14   SOUTH PACIFIC FINANCIAL     )
     CORP., et al.,              )
15                               )
                    Defendants.  )
16   _____)
17
18   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
19       Pursuant to the Order filed herewith, IT IS ORDERED
20   AND ADJUDGED that Plaintiff's Complaint against Defendant
21   South Pacific Financial Corp. is DISMISSED WITHOUT
22   PREJUDICE.  The Court orders that such judgment be
23   entered.
24
25   January 11, 2011         _____
26                               VIRGINIA A. PHILLIPS
                                United States District Judge
27
28