1
2
3  **JS-6**
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11 | GEXABEL DE JESUS,        )  Case No. CV 10-07445
                              )  VAP(OPx)
12 |         Plaintiff,       )
                              )  **JUDGMENT**
13 |     v.                   )
                              )
14 | SOUTH PACIFIC FINANCIAL  )
   | CORP., et al.,           )
15 |                          )
   |         Defendants.      )
16 | _____

17
**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants One West Bank, DLJ Mortgage Capital Inc., US Bank N.A., Deutsche Bank, and Indymac Bank FSB. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: February 4, 2011      _____
                              VIRGINIA A. PHILLIPS
                              United States District Judge